**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Yanett Sanchez        JOINT DEBTOR: _____        CASE NO.: 15-24232-LMI
Last Four Digits of SS# 0629    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 121.30 _____  for months __1__ to __60__ ;
  B.  $ _____  for months _____ to _____ ;
  C.  $ _____  for months _____ to _____ ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3,500.00 +150.00 Costs    TOTAL PAID $ 1,250.00
                  Balance Due- $ 2,400.00 payable $ 104.35 /month (Months 1 to 23)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date  $_____
Arrears Payment             $_____/month (Months ___ to ___)
Regular Payment             $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue        Total Due $ 2,625.00
                           Payable $ 4.82 /month (Months 1 to 23)
                           Payable $ 67.95 /month (Months 24 to 60)

Unsecured Creditors: Pay $ 41.22 month (Months 24 to 60), Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wells Fargo Hm Mortgage (Homestead/Mortgage) is being paid outside the chapter 13 plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____/s_____
Debtor
Date: 08/06/15

LF-31 (rev. 01/08/10)